**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOMINIQUE THOMPSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  21-3568 |

**ORDER**

**AND NOW**, this 15th day of June 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 11) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall re-consider Plaintiff's testimony about her migraine headaches and re-evaluate her residual functional capacity, in light of a proper consideration of her migraine headaches.

**BY THE COURT**:


_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS

United States Magistrate Judge